AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF _____ Massachusetts _____

Ira A. Turret SEP-IRA Dated 01/24/02, Individually
and On Behalf of All Others Similarly Situated,
Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Vaso Active Pharmaceuticals, Inc. John J. Masiz
and Joseph Frattaroli,
Defendants

04-10980RCL

TO: (Name and address of defendant)

Vaso Active Pharmaceuticals, Inc.
99 Rosewood Drive
Suite 260
Danvers, MA 01923

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey C. Block
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                          5-17-04
_____     _____
CLERK                                         DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: May 19, 2004 |
| NAME OF SERVER: JOHN MILANO | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Ms. Cara Johnson, Administrator and** Duly Authorized Agent for the within-named **Defendant, Vaso Active Pharmaceuticals, Inc.**

Said service was made at: **99 Rosewood Drive, Suite 260, Danvers**, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ 41.00    Trips 1

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    May 19, 2004                    *John Milano*
                   Date                         Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL | $ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax # (617) 720-5737 |